UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JHON ANDERSON MUJICA GUTIERREZ,<br>Petitioner,<br>v.<br>WARDEN NORTHWEST ICE PROCESSING CENTER,<br>Respondent. | CASE NO. 2:26-cv-04521-JHC<br>ORDER |

This matter comes before the Court on Jhon Anderson Mujica Gutierrez's Emergency Motion for Expedited Consideration and Limited Temporary Relief. Dkt. 2. Due to the Court's Scheduling Order at Dkt. 4, the Court finds the motion to be moot. *See* Dkt. 2 at 3 (requesting "an expedited return, within three days after service or such time as the Court finds appropriate"). The Court thus DENIES the motion at Dkt. 2, but DIRECTS Respondent to ensure that Petitioner's detention authority is clearly stated in the Return.

The Court further DIRECTS the Clerk to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

//

//

//

Dated this 20th day of November, 2026.

John H. Chun
United States District Judge